**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**2000 MERCEDES S430, VIN**
**Wdbng70joya000670, In**
**Rem, Defendant**

**Darren L. Reagan, Claimant–Appellant.**

**No. 11–10288**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 7, 2012.

John Joseph De La Garza, III, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Darren L. Reagan, Oakdale, LA, pro se.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the motion for summary affirmance is GRANTED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.